IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TRISTAN PEOPLES,[1] | § | |
| | § | No. 362, 2025 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN20-04491 |
| LAUREN WALLACE, | § | Petition Nos. 23-08774 |
| | § | 23-09626 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: May 1, 2026
Decided: May 19, 2026

On April 16, 2026, the Chief Deputy Clerk issued a notice by certified mail directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the April 2, 2026 filing deadline. Postal records show that the notice to show cause was delivered on April 20, 2026. A timely response to the notice to show cause was due by April 30, 2026. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

/s Abigail M. LeGrow
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).